UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARY BROWN,

                Plaintiff,

v.

JOHN CIVETTA & SONS and JOSHUA MADRAY,

                Defendants.

No. 22-CV-2609 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    In light of the Court's referral of this case to mediation, the initial status conference scheduled for June 24, 2022 is hereby adjourned *sine die*. The parties shall file a letter updating the Court on the status of this case no later than one week after the mediation session.

SO ORDERED.

Dated:    June 14, 2022
             New York, New York

_____
Ronnie Abrams
United States District Judge