UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARY BROWN,

                    Plaintiff,

      v.

JOHN CIVETTA & SONS and JOSHUA MADRAY,

                    Defendants.

No. 22-CV-2609

ORDER

RONNIE ABRAMS, United States District Judge:

    On June 14, 2022, the Court referred this matter for mediation. On that same day, the Court instructed the parties to file a letter updating the Court on the status of this case no later than one week after any mediation session. To date, the parties have not provided any updates on mediation.

    By no later than November 9, 2022, the parties shall file a joint letter proposing next steps in this matter.

SO ORDERED.

Dated:    November 2, 2022
               New York, New York

_____
Ronnie Abrams
United States District Judge